**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3045 direct
eraphan@sheppardmullin.com

File Number: 76GH-326923

March 25, 2021

**VIA ECF**

Hon. Roanne L. Mann
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Gonzalez Maldonado v. Loxton Inc. et al.*: 20-cv-5776 (LDH)

Dear Judge Mann:

We represent Loxton Inc. and Jim Chen (collectively, "Defendants") in the above-referenced matter.  On March 23, 2021, Your Honor conducted a Scheduling Conference (the "Conference") during which Your Honor issued a settlement recommendation.  Your Honor then instructed the parties to jointly respond to the Court's settlement recommendation by March 25, 2021.

Shortly after the Conference, we notified Plaintiff's counsel that Defendants had decided to accept the Court's recommendation.  We contacted Plaintiff's counsel on multiple occasions thereafter in order to ascertain whether Plaintiff is also willing to accept the Court's settlement recommendation.  Notwithstanding these efforts, Plaintiff had yet to provide us with his position regarding settlement as of 8:00 p.m. this evening.

Accordingly, Defendants were left with no choice but to submit this letter on their own behalf in order to ensure Defendants' compliance with the Court's March 25th deadline.

Respectfully submitted,

Eric D. Raphan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


Cc:   Abdul Hassan, Esq. (via ECF)